**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KELSEY MORGAN,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 3:12-CV-5197-N |
| § | | |
| **GRANDE COMMUNICATIONS** § | | |
| **NETWORK, LLC,** § | | |
| Defendant. § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant's Motion to Dismiss for Want of Prosecution*, filed November 1, 2013 (doc. 17) is **GRANTED.** By separate judgment, Plaintiff's claims will be dismissed with prejudice for failure to prosecute.

**SIGNED this 25th day of July, 2014.**

_____
**UNITED STATES DISTRICT JUDGE**